■ KATHY CASTER et al., Appellants, v INCREDA-MEAL, INC., Respondent. (Appeal No. 1.) [661 NYS2d 568] —Appeal unanimously dismissed without costs (see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc., 147 AD2d 977). (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.—Dismiss Complaint.) Present—Green, J. P., Pine, Callahan, Balio and Boehm, JJ.